IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN DICAIR, : | |
| ADMINISTRATRIX OF THE : | |
| ESTATE OF BRUCE G. DICAIR, : | CIVIL ACTION |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GILEAD SCIENCES, INC. et al., : | No. 21-5486 |
|     Defendants. : | |

**ORDER**

**AND NOW**, this **12th** day of **July, 2022**, upon consideration of Defendants Gilead Sciences, Inc. and Asegua Therapeutics LLC's ("Gilead and Asegua") Motion to Dismiss, Plaintiff Lauren DiCair's response thereto, and Gilead and Asegua's reply thereon, it is hereby **ORDERED** that the motion (ECF No. 3) is **GRANTED in part** and **DENIED in part** as follows:

- The motion is granted to the extent it concerns Plaintiff's strict liability claims and her negligent failure to warn claim.
- The motion is denied to the extent it concerns Plaintiff's negligent design and negligent manufacture claims.

It is **FURTHER ORDERED** that Defendants Gilead Science, Inc. and Gilead Pharmassett LLC are **DISMISSED** from this action and that the caption be modified accordingly.

BY THE COURT:

_/s/ Berle M. Schiller_
Berle M. Schiller, J.